**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: July 25, 2012  
Docket #: 11-2271cv  
Short Title: Zaratzian v. Abadir et al

DC Docket #: 10-cv-9049  
DC Court: SDNY (WHITE PLAINS)  
DC Judge: Bianchini

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to remand appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, August 14, 2012.

Inquiries regarding this case may be directed to 212-857-8595 .